BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>SPENCER DOLPH HILL,<br><br>                Defendant. | Case No. 1:19-cr-00011-TMB-MMS<br><br>COUNT 1:<br>POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (B)<br><br>COUNT 3:<br>POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |

|   | ) | CRIMINAL FORFEITURE |
|---|---|---|
|   | ) | ALLEGATION NO. 1: |
|   | ) |   21 U.S.C. § 853 and Rule 32.2(a) |
|   | ) |   |
|   | ) | CRIMINAL FORFEITURE |
|   | ) | ALLEGATION NO. 2: |
|   | ) |   18 U.S.C. § 924(d)(1) and |
|   | ) | 28 U.S.C. § 2461(c) |
|   | ) |   |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT 1

On or about November 5, 2019, the defendant, SPENCER DOLPH HILL, within the District of Alaska, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 50 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

### COUNT 2

Between on or about November 5, 2019, through on or about November 7, 2019, the defendant, SPENCER DOLPH HILL, within the District of Alaska, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 50 grams or more of actual methamphetamine, and 100 grams or more of a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (B).

//

//

//

## COUNT 3

On or about November 5, 2019, within the District of Alaska, the defendant, SPENCER DOLPH HILL, did knowingly and intentionally possess a firearm, in furtherance of drug trafficking crimes, to wit: possession with the intent to distribute methamphetamine and heroin, as alleged in Counts 1 and 2 of the Indictment, and did use and carry a firearm during and in relation to said offenses.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION NO. 1

Upon conviction of Counts 1 and 2 of this Indictment, the defendant, SPENCER DOLPH HILL, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, the following:

1. Kel-Tec PMR-30, .22 caliber pistol, S/N NRA-W2220; and

2. All magazines and various ammunition.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION NO. 2

Upon conviction of Count 3 of this Indictment, the defendant, SPENCER DOPLH HILL, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the

offense, including but not limited to:

1. Kel-Tec PMR-30, .22 caliber pistol, S/N NRA-W2220; and

2. All magazines and various ammunition.

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kelly Cavanaugh for
JACK S. SCHMIDT
Assistant United States Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: December 17, 2019