BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21672
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>SPENCER DOLPH HILL,<br><br>On Writ of Habeas Corpus | Case No. 1:19-cr-00011-TMB-MMS<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

SPENCER DOLPH HILL, who is imprisoned by the State of Alaska Department of Corrections, at Ketchikan Correctional Center, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Spencer Dolph Hill</u>, Case No. 1:19-cr-00011-TMB-MMS which is necessary to schedule an arraignment/ initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of

Corrections to bring the said defendant before the court in Juneau, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                            BRYAN SCHRODER
                                            United States Attorney

                                            s/ Jack S. Schmidt
DATED:   December 19, 2019         JACK S. SCHMIDT
                                            Assistant United States Attorney
                                            United States of America